IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
2008 FEB -4  A 9:55
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

| GEORGE MERCIER and MARISA C. MERCIER, | ORDER |
|---|---|
| Plaintiffs, | |
| vs. | Judge Dee V. Benson |
| FEDERAL BUREAU OF INVESTIGATION, | Case No.: 2:07-CV-713 |
| Defendant. | |

On September 24, 2007, Plaintiff George Mercier filed a complaint against the Federal Bureau of Investigation, on behalf of himself and his daughter, Marisa C. Mercier. This Court referred the case to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B), who now recommends that Mr. Mercier's complaint be dismissed. Mr. Mercier did not object to the magistrate's recommendation. Having considered the Report and Recommendation and the pertinent law, the Court now adopts the Report and Recommendation. Mr. Mercier's Extraordinary Petition against the Federal Bureau of Investigation is accordingly DISMISSED.

**IT IS SO ORDERED.**

DATED this 1st day of February, 2008.

Dee Benson
United States District Judge